22 So.2d 923

### Herbert LANGLEY v. STATE.

5 Div. 404.

Supreme Court of Alabama.

July 26, 1945.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris, Asst. Atty. Gen., for the petition.

Paul J. Hooton, of Roanoke, and Jacob A. Walker, of Opelika, opposed.

LIVINGSTON, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Langley v. State, 22 So.2d 920.

Writ denied.

GARDNER, C. J., and BROWN and SIMPSON, JJ., concur.